# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                                          :NO. 530
                                                               :
DESIGNATION OF CHAIR AND VICE-         :MAGISTERIAL RULES DOCKET
CHAIR OF THE MINOR COURT RULES        :
COMMITTEE                                            :


## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of March, 2023, Magisterial District Judge Daniel E. Butler is hereby designated as Chair, and Magisterial District Judge James R. Edgcomb is hereby designated as Vice-Chair, of the Minor Court Rules Committee, commencing April 1, 2023.